## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW BAILEY**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No.: 2:18cv644-ECM |
| | § | |
| **OFFICER BRIAN THOMPKINS**, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## Motion to Compel Discovery, Motion for Sanctions, and Motion to Deem Plaintiff's Request for Admissions Admitted

**COMES NOW**, the Plaintiff in the above-styled action and requests this Honorable Court to enter an order to compel Defendants' to respond to Plaintiff's discovery requests and Requests for Admissions pursuant to the Federal Rules of Civil Procedure. Plaintiff submits the following as grounds hereto:

Matthew Bailey, Plaintiff, moves the Court for an order compelling Defendants' to respond to Plaintiff's Interrogatories and Request for Production that were served on Defendant's on May 2nd, 2019. Pursuant to Rule 33 and 34 of the Federal Rules of Civil Procedure, the responding party must respond within thirty (30) days after being served with the request.

The moving party further requests that this Court impose all sanctions it deems proper under Federal Rules of Evidence Rule 37(b)(2)(A)(i) and award the

1

reasonable expenses incurred by virtue of Defendants' failure to respond to the Plaintiff's requests, including reasonable attorney's fees. Plaintiff has contacted Defendants many times to receive answers to these Interrogatories. Plaintiff resorted to investigating the matter through more costly methods.

Last, the Plaintiff requests that Plaintiff's Requests for Admissions be deemed admitted for failure to respond. Plaintiff also requests any and all sanctions deemed proper by this Honorable Court pursuant to Federal Rules of Civil Procedure Rule 37. Plaintiff sent Defendants Requests for Admissions on December 12th, 2019. Pursuant to the Federal Rules of Civil Procedure Rule 36, the responding party shall respond to requests for admissions within thirty (30) days of receipt of service. Defendant has failed to respond to our requests entirely.

### Certification of Attempt at Informal Resolution

1. Counsel for Matthew Bailey certifies that, prior to filing this ***motion***, undersigned counsel conferred in good faith with counsel for Defendants' by electronic mail, by phone, and by USPS.

2. Despite meeting and conferring, the parties have been unable to resolve their differences.

3. Plaintiff has attached all correspondence with Defendants' Counsel regarding informal resolution and the requests in question.

2

Respectfully submitted,

*/s/ Leroy Maxwell, Jr.*
Leroy Maxwell, Jr.
Attorney for Plaintiff

**OF COUNSEL:**
**Maxwell & Tillman, LLC**
2326 2nd Ave N,
Birmingham, AL 35203
Tel. (205)216-3304
Fax (205) 409-4145
maxwell@mxlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the forgoing upon all parties to this proceeding by filing a copy using CM/EFC system on this day of February 12th, 2020.

Madeline Hinson Lewis
Office of the Attorney General State of Alabama
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: 334-353-4840
Facsimile: 334-242-2842
generalcivil@ago.state.al.us
Madeline.Lewis@alabamaag.gov
MLewis@ago.state.al.us

*/s/ Leroy Maxwell*
Of Counsel

3