**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW BAILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:18-cv-644- ECM-SRW** |
| **LIEUTENANT BRIAN THOMPKINS,** | ) | |
| **OFFICER REGINALD V. KINCEY,** | ) | |
| **OFFICER STEVEN L. COLEMAN, and** | ) | |
| **FICTITIOUS DEFENDANTS A-L and** | ) | |
| **M-Z; All in their official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT NOTICE TO THE COURT

COMES NOW undersigned counsel for all parties, and in response to this Court's Order dated June 10, 2020 (Doc. 42), hereby notifies the Court that all pending discovery issues have been resolved at this time. Both parties have agreed to allow the Plaintiffs to serve a subpoena on Easterling Correctional Facility and/or the Alabama Department of Corrections.

Done this the 12th day of June 2020.

/s/ Billington M. Garrett
BILLINGTON M. GARRETT
Assistant Attorney General
Counsel for Defendants
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36104
(334) 242-7300 (T)
(334) 353-8400 (F)
Billington.Garrett@AlabamaAG.gov

/s/ Leroy Maxwell, Jr.
LEROY MAXWELL, JR.
Maxwell Tillman Law Firm
Attorney for Plaintiff
2326 2nd Ave N,
Birmingham, AL 35203
Tel. (205)216-3304
Fax (205) 409-4145
maxwell@mxlawfirm.com